AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

LUIS GALEGO,

    Plaintiff,                    JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:12-CV-00043-RCJ-VPC**

RENEE BAKER, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

  February 27, 2012              **LANCE S. WILSON**
                                                      Clerk

                                                /s/ D. R. Morgan
                                                Deputy Clerk