# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUIS GALEGO,

    Plaintiff,

vs.

RENEE BAKER, et al.,

    Defendants.

Case No. 3:12-CV-00043-RCJ-(VPC)

**ORDER**

Plaintiff has filed a cross motion for summary judgment (#10). The motion is moot because the court has dismissed the action.

IT IS THEREFORE ORDERED that plaintiff's cross motion for summary judgment (#10) is **DENIED** as moot.

Dated: May 11, 2012

ROBERT C. JONES
Chief United States District Judge