# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS GALEGO,<br>    Plaintiff,<br>vs.<br>RENEE BAKER, et al.,<br>    Defendants. | Case No. 3:12-CV-00043-RCJ-(VPC)<br><br>**ORDER** |

Plaintiff has filed a cross motion for summary judgment (#10). The motion is moot because the court has dismissed the action.

IT IS THEREFORE ORDERED that plaintiff's cross motion for summary judgment (#10) is **DENIED** as moot.

Dated: May 11, 2012

_____
ROBERT C. JONES
Chief United States District Judge